| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2018** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>MEISEL, STACEY L. | 2. Court or Organization<br><br>UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | 3. Date of Report<br><br>04/18/2019 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>M. L. KING JR. FED. BLDG.<br>50 WALNUT ST<br>NEWARK NJ 07102 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | JUDICIAL ADVISOR | ASSOCIATION FOR FEDERAL BAR |
| 2. | MEMBER | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES CORNELIUS BLACKSHEAR SCHOLARSHIP COMMITTEE |
| 3. | MEMBER | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES FEDERAL RULES ADVISORY COMMITTEE |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 03/26/08 | Becker Meisel LLC 401(k) Plan |
| 2. | 09/23/15 | Becker LLC - Partnership Buy-Out Agrement To Be Paid by 2019 |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | West Services Inc. - book royalties | $2,418.00 |
| 2. | 2018 | Becker LLC - buyout payments | $75,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Becker Meisel LLC - draw and membership distribution "Self Employed Attorney" |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABI Mid-Atlantic Workshop | 8/2/18 - 8/4/18 | Hershey, PA | Professional Assoc. | Travel & per diem |
| 2. | ABI Views From the Bench | 9/21/18 | Washington, D.C. | Professional Assoc. | Travel & per diem |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEISEL, STACEY L. | 04/18/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEISEL, STACEY L. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TD Bank Cash Accounts | A | Int./Div. | M | T | | | | | |
| 2. Franklin Income Fund (b) class c | A | Dividend | J | T | | | | | |
| 3. Hooper Holmes (a) | A | Dividend | J | T | | | | | |
| 4. Targa Resources Pfd 9% (a) | A | Dividend | K | T | | | | | |
| 5. Calamos Strategic Total Return (a) | A | Dividend | J | T | | | | | |
| 6. Intel Corp (a) | A | Dividend | J | T | | | | | |
| 7. Franklin Income Fund (a) | A | Dividend | K | T | | | | | |
| 8. Citigroup Note 10% 8/19/35 (a) | A | Int./Div. | K | T | | | | | |
| 9. United States Oil Fund (a) | A | Dividend | J | T | | | | | |
| 10. Regal Bank Money Market (a) Cash Account | B | Interest | J | T | | | | | |
| 11. 1. Becker LLC 401(k) Plan (a) H | | | | | | | | | |
| 12. 2. Blackrock Lifepath Inde 2035 | A | Int./Div. | M | T | | | | | |
| 13. 1. Becker LLC 401 (k) Plan (c) H | | | | | | | | | |
| 14. 2. Blackrock Lifepath Index 2035 | A | Int./Div. | N | T | | | | | |
| 15. Franklin Income Fund 529 Plan (d) | A | Dividend | L | T | | | | | |
| 16. Alibaba (b) | A | Dividend | L | T | | | | | |
| 17. American Int'l Group (b) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEISEL, STACEY L. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Exxon Mobil (b) | B | Dividend | J | T | Sold (part) | 11/05/18 | K | A | |
| 19. Franklin Income Fund (b) class A | D | Dividend | M | T | | | | | |
| 20. Targa Resources Pfd (b) | A | Dividend | J | T | | | | | |
| 21. Citibank CD (b) | A | Int./Div. | K | T | | | | | |
| 22. Citigroup Steepener Note 10% (b) 8/19/35 | A | Int./Div. | K | T | | | | | |
| 23. EPR PPTYS 5.75 PFD (b) | A | Dividend | K | T | | | | | |
| 24. Morgan Stanley 10% due 08/19/33 (b) | A | Int./Div. | J | T | | | | | |
| 25. Vornado Rlty PFD (b) | A | Dividend | K | T | | | | | |
| 26. Regal Bank Money Market (c) Cash Account | A | Interest | J | T | | | | | |
| 27. Alibaba (c) | A | Dividend | K | T | | | | | |
| 28. Citibank CD 209% 11/15/33 (c) | A | Int./Div. | J | T | | | | | |
| 29. Citiroup Note 10% 11/26/34 (c) | A | Int./Div. | J | T | | | | | |
| 30. JP Morgan Chase CD 10% 7/21/34 (c) | A | Int./Div. | J | T | | | | | |
| 31. Franklin Income Fund (c) | A | Dividend | J | T | | | | | |
| 32. Exxon Mobil (d) | B | Dividend | K | T | | | | | |
| 33. Targa Resources PFD 9% (a) | B | Dividend | J | T | | | | | |
| 34. TransAmerica Universal Life Insurance (a) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEISEL, STACEY L. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 1. Mass Murual Variable Universal Life Insurance (c) policy 710 (H) | | | | | | | | | |
| 36. 2. -MML Equity Index (c) | A | Dividend | J | T | | | | | |
| 37. 3. -Oppenheimer Main Street | A | Dividend | J | T | | | | | |
| 38. 4. -MML Money Market | A | Dividend | J | T | | | | | |
| 39. 5. -Oppenheimer Core Bond | A | Dividend | J | T | | | | | |
| 40. 6. -Janus Aspen Global Research | A | Dividend | J | T | | | | | |
| 41. 1. Mass Mutual Variable Universal Life Insurance (c) policy 712 (H) | | | | | | | | | |
| 42. 2. -MML Equity INdex (c) | A | Dividend | J | T | | | | | |
| 43. 3. -Oppenheimer Main Street | A | Dividend | J | T | | | | | |
| 44. 4. -MML Money Market | A | Dividend | J | T | | | | | |
| 45. 5. -Oppenheimer Core Bond | A | Dividend | J | T | | | | | |
| 46. 6. -Janus Aspen Global Research | A | Dividend | J | T | | | | | |
| 47. Seelaus Money Market (c) cash account | A | Interest | J | T | | | | | |
| 48. Seelaus Money Market (a) cash account | A | Interest | J | T | | | | | |
| 49. Century Bank 9/15/39 (b) | C | Interest | K | T | | | | | |
| 50. Seelaus Money Market (b) cash account | A | Interest | J | T | | | | | |
| 51. Seelaus Money Market (d) cash account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEISEL, STACEY L. | 04/18/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEISEL, STACEY L. | 04/18/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The John Hancock 401(k) information has been valued as of 12/31/18. I estimated the income and gains on the sale of the 401(k) assets because I could not obtain that information from John Hancock.

As per my broker, the cash value of the TransAmerica life insurance policies are held by TransAmerica and not a third party intermediary like a bank. I have Universal Life Insurance policies. To the extent the premiums exceed the basic cost of insurance, they are considered to be the cash value of the account but are left in the company's general account. The company uses the general account to pay claims, meet policyholder demands and set aside reserves against future claims as required by various State Insurance Commissioners. The company credits policyholder funds in the general account with interest. The company guarantees a minimum interest rate but may set the rate higher than the minimum. The interest crediting rates are set annually by management and approved by the Board.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ STACEY L. MEISEL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544